de Distrito, Demandado.—Guayama. *Certiorari.* Mayo 8, 1920. *Denegado.*

No. 2227. Banco Territorial y Agrícola, Apelado, *v.* Lebrón et al., Apelantes.—Cobro de dinero. San Juan, Sección Primera. Mayo 8, 1920. *Desestimada.*

No. 2238. Frangeia, Apelante, *v.* Dahdah et al., Apelados.—Daños y perjuicios. San Juan, Sección Primera. Mayo 20, 1920. *Desestimada.*

No. 1515. El Pueblo, Apelado, *v.* Rivera, Apelante.—Acometimiento y agresión grave. San Juan, Sección Segunda. Mayo 20, 1920. *Confirmada.*

No. 2187. Gandía, Apelante, *v.* Trias et al., Apelados.—Liquidación de Sociedad. San Juan, Sección Segunda. Mayo 21, 1920. *Denegada la moción sobre enmienda de la transcripción.*

No. 292. Aboy, Socio de Díaz & Aboy, Peticionario, *v.* Cuevas Zequeira, Juez de Distrito, Demandado.—*Certiorari.* Mayo 21, 1920. *Sin lugar.*

No. 1509. El Pueblo, Apelado, *v.* Mayoral, Apelante.—Infracción de la Ley de Automóviles. Ponce. Mayo 21, 1920. *Confirmada.*

No. 1518. El Pueblo, Apelado, *v.* Lara, Apelante.—Infracción de la Ley de Arbitrios. Mayo 21, 1920. *Confirmada.*

No. 2224. Rodríguez, Apelado, *v.* Vázquez, Apelante.—Cobro de dinero. Mayagüez. Mayo 25, 1920. *Desestimada.*

No. 1511. El Pueblo, Apelado, *v.* Vázquez, Apelante.—Hurto de menor cuantía. Ponce. Junio 1, 1920. *Confirmada.*

No. 1520. El Pueblo, Demandado, *v.* Vázquez, Apelante.—Abuso de confianza. Aguadilla. Junio 1, 1920. *Confirmada.*

No. 2253. Aquino, Apelante, *v.* Cruz, Apelada.—Divorcio. San Juan, Sección Primera. Junio 2, 1920. *Desistida la apelación.*